IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARILYN MULL,
    Plaintiff,

v.

CIVIL ACTION NO.
18-cv-555

LANDIS HOMES, LANDIS COMMUNITIES,
SANDRA SMOKER, SUSAN PAUL, AND
GRACE ITWARU,
    Defendants.

**ORDER**

AND NOW, this 13TH day of DEC, 2018, upon consideration of the Plaintiff's Consent Motion to Extend Time, it is hereby ORDERED and DECREED that the motion is ~~GRANTED. Discovery shall close on Monday, March 4, 2019 and seventy-five (75) days added to all trial scheduling dates.~~ 12-21-18 WILL BE HEARD SUBSEQUENT TO THE SETTLEMENT CONFERENCE WHICH STARTS AT 9:30. J. KENNEY HAS ON-THE-RECORD HEARINGS ALL MORNING SO THERE IS NO NEED TO RUSH THE SETTLEMENT CONFERENCE.*

BY THE COURT:

_____
Chad F. Kenney, District Judge

KENNEY

CC: MAGISTRATE

\* IF SETTLEMENT IS STILL ONGOING AT 11:30 COUNSEL SHOULD COME TO COURTROOM 6A AND REPORT STATUS.